IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE BURGESS : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO.: 18-1815 |
| : | |
| BOWLING GREEN BRANDYWINE : | |
| TREATMENT CENTER : | |
| and : | |
| ACADIA HEALTHCARE : | |
| and : | |
| CRC HEALTH GROUP, INC. : | |
| Defendants. : | |
| : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Bernadette Burgess and the undersigned counsel of record for Bowling Green Brandywine Treatment Center, Acadia Healthcare, and CRC Health Group, Inc., that the above action shall be and is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

| | |
|---|---|
| **KARPF, KARPF, & CERUTTI, P.C.** | **BUCHANAN INGERSOLL & ROONEY PC** |
| | |
| */s/ Yinan Ma* | */s/ Jared L. Pickell* |
| Jeremy M. Cerutti, Esq. | Jared L. Pickell, Esq. |
| Yinan Ma, Esq. | Two Liberty Place |
| 3331 Street Road | 50 S. 16th St., Suite 3200 |
| Two Greenwood Square, Suite 128 | Philadelphia, PA 19102 |
| Bensalem, PA 19020 | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |
| | |
| Dated: December 18, 2018 | Dated: December 18, 2018 |